IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL KEITH AGGERS, | Case No.: 1:07-cv-01701 AWI JLT (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S ANSWER |
| vs. | |
| TYSON, et al., | (Doc. 28) |
| Defendants. | |

Plaintiff is proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2011, Plaintiff filed an opposition to Defendant's answer filed on January 19, 2011. Plaintiff is advised that he need only oppose motions filed by Defendant. An answer is not a motion; it is a pleading. Accordingly, the Court will disregard Plaintiff's February 14, 2011 opposition to Defendant's answer (Doc. 28).

IT IS SO ORDERED.

Dated:  **February 16, 2011**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE