IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL KEITH AGGERS,<br><br>         Plaintiff,<br><br>    vs.<br><br>TYSON, et al.,<br><br>         Defendants.<br>_____ / | Case No. 1:07-cv-01701 AWI JLT (PC)<br><br>ORDER REGARDING REQUEST FOR INSTRUCTIONS<br><br>(Doc. 40) |

On March 28, 2011, Plaintiff filed a request for clarification regarding Defendant's motion to dismiss filed March 18, 2011. Plaintiff is unclear as to whether the Court has already ruled on this motion because Defendant has filed a *proposed* order in connection with the motion to dismiss. (Doc. 38-8.) Plaintiff is advised in this regard that the Court has yet to rule on Defendant's motion and is in fact waiting for Plaintiff to file an opposition or statement of non-opposition to the motion. See Local Rule 230(l). Pursuant to Local Rule 230(l), such a document is to be filed not more than twenty-one days after the date of service of the motion.

IT IS SO ORDERED.

Dated:  **March 30, 2011**                                   **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE